RICHARD OPOTZNER ET AL. *v.* WAYNE BASS ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 63 Conn. App. 555 (AC 19563), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Howard A. Jacobs, William F. Dow III* and *Alinor C. Sterling,* in support of the petition.

*Paul D. Williams,* in opposition.

Decided July 17, 2001

RONNIE FIELDS *v.* HOUSING AUTHORITY OF THE CITY OF STAMFORD

The plaintiff's petition for certification for appeal from the Appellate Court, 63 Conn. App. 617 (AC 19942), is denied.

*William B. Westcott,* in support of the petition.

*John B. Farley, Kevin M. Roche* and *Ralph W. Johnson III,* in opposition.

Decided July 17, 2001

OLWEN M. FALKENSTEIN *v.* MICHAEL FALKENSTEIN

The plaintiff's petition for certification for appeal from the Appellate Court, 63 Conn. App. 909 (AC 20143), is denied.

*Olwen M. Falkenstein,* pro se, in support of the petition.

Decided July 17, 2001